## STATE v. HARVEY.

(Opinion filed, April 2, 1907.)

Error to Circuit Court, Lyman County. Hon. FRANK B. SMITH, Judge.

John Harvey was convicted of violating the liquor laws, and brings error. Affirmed.

G. P. Harben, for plaintiff in error. Philo Hall, Atty. Gen., Aubrey Lawrence, Asst. Atty. Gen., and William Williamson, Jr., Jr., State's Atty., for the State.

PER CURIAM. The information, verdict, judgment, and questions presented for review in this case are practically the same as in the case of State of South Dakota v. Addison Gilbert, 21 S. D. 111 N. W. 538, in which an opinion has this day been handed down, and was submitted upon a brief substantially the same as the one in the case above decided.

For the reasons stated in that opinion therefore, the judgment of the circuit court is affirmed.